IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRANCE JAMAHL ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | NO. CIV-25-852-HE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On August 12, 2025, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #4] recommending dismissal of the 28 U.S.C. § 2241 habeas corpus petition. The petition was filed by Keith Wesley Edwards, appearing *pro se* and purportedly as "Next Friend" of petitioner Terrance Jamahl Allen, a federal prisoner.

Magistrate Judge Mitchell advised Mr. Edwards of the right to file an objection to the Report and Recommendation as well as the consequences for the failure to timely object. Any objection was due by September 2, 2025. To date, no objection has been filed. Consequently, the right to appellate review of the factual and legal issues addressed in the Report and Recommendation has been waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #4]. The 28 U.S.C. § 2241 habeas corpus petition [Doc. #1] is **DISMISSED WITHOUT PREJUDICE**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 15th day of September, 2025.

                                                         _____
                                                         JOE HEATON
                                                         UNITED STATES DISTRICT JUDGE